UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph H. Rodriguez, Sr. U.S.D.J. |
| | : | |
| v. | : | |
| | : | |
| DOUGLAS VASQUEZ REYES, a/k/a "Douglas Reyes" | : | Crim. No. 21-00401 (JHR) |

**ORDER FOR CONTINUANCE**

This matter having come before the Court for arraignment and the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Jeffrey B. Bender, Assistant U.S. Attorney, appearing), and defendant Douglas Vasquez Reyes (Benjamin Jon West, Assistant Federal Public Defender, appearing), for an order granting a further continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___10th___ day of August, 2023,

ORDERED that this action be, and hereby is, continued until **October 1, 2023**, on which date oral argument on pretrial motions shall be held; and it is further

ORDERED that the period from the date of this order through **October 1, 2023** be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq*.

_____
HONORABLE JOSEPH H. RODRIGUEZ
SENIOR UNITED STATES DISTRICT JUDGE

Camden, New Jersey

Form and entry
consented to:

 */s/ Jeffrey B. Bender*
JEFFREY B. BENDER
Assistant U.S. Attorney


 *s/ Benjamin West*
BENJAMIN JON WEST, Esq.
Assistant Federal Public Defender
Counsel for defendant Douglas Vasquez Reyes