UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph H. Rodriguez, Sr. U.S.D.J. |
| | : | |
| v. | : | |
| | : | |
| DOUGLAS VASQUEZ REYES, a/k/a "Douglas Reyes" | : | Crim. No. 21-00401 (JHR) |

## TENTH AMENDED SCHEDULING ORDER

This matter having come before the Court for arraignment and the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Jeffrey Bender, Assistant U.S. Attorney, appearing), and defendant Douglas Vasquez Reyes (Benjamin Jon West, Assistant Federal Public Defender, appearing) through counsel and with consent of the defendant; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on an amended schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 10th day of August, 2023, ORDERED that:

1. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **September 18, 2023**.

–1–

2. The following shall be the schedule for pretrial motions in this matter:

    a. The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before **September 18, 2023**;

    b. The Government shall file any response to the Defendant's pretrial motions on or before **October 9, 2023**;

    c. The Defendant shall file any reply on or before **October 23, 2023**;

    d. Oral argument on pretrial motions shall be held on a date to be set by the Court.

_____
HONORABLE JOSEPH H. RODRIGUEZ
SENIOR UNITED STATES DISTRICT JUDGE

Camden, New Jersey