[Docket Nos. 64, 65, & 70.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

UNITED STATES OF AMERICA,

v.

DOUGLAS VASQUEZ REYES,

Defendant.

Crim. No. 21-401 (RMB)

**ORDER**

**THESE MATTERS** come before the Court upon Defendant Douglas Vasquez Reyes' Motions in *Limine* (Docket No. 64) and for Attorney-Led Voir Dire (Docket No. 70), and the United States' Motion in *Limine* (Docket No. 65), and the Court having considered the moving papers, and the opposition thereto, and for the reasons expressed in the accompanying Opinion of today's date, and for the reasons stated on the record on June 11, 2024 and June 21, 2024, and for other good cause shown,

**IT IS**, on this **23rd** day of **June**, **2024**, hereby:

**ORDERED** that the Court **DENIES** Defendant's Motion for Attorney-Led Voir Dire (Docket No. 70); and it is further

**ORDERED** that the Court **GRANTS**, **in part**, **DENIES**, **in part**, and **RESERVES**, **in part**, on Defendant's Motion in *Limine* (Docket No. 64); and it is finally

**ORDERED** that the Court **GRANTS**, **in part**, **DENIES**, **in part**, and **RESERVES**, **in part**, on the United States' Motion in *Limine* (Docket No. 65).

**s/Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge
